## 31659. JACKSON v. JACKSON et al.

UNDERCOFLER, Presiding Justice.

The husband was granted a motion to dismiss the garnishment, filed against him by his wife to collect a $16,393 judgment for arrearages in child support, on the ground that the 1976 post-judgment garnishment Act is unconstitutional. Ga. L. 1976, p. 1609 (Code Ann. Ch. 46-1). The garnishment does not appear to have been signed by a judicial officer. On the authority of *City Finance Co. v. Winston,* 238 Ga. 10, decided October 19, (1976), we affirm.

*Judgment affirmed. All the Justices concur, except Ingram and Hall, JJ., who dissent.*

SUBMITTED OCTOBER 29, 1976 — DECIDED DECEMBER 1, 1976.

*J. Timothy Lawler,* for appellant.
*Gettle & Fraser, Sherman C. Fraser, Linus Fencle,* for appellees.